396 P.3d 1150

STATE of Hawai'i, Plaintiff-appellee,

v.

Charles LEE, Defendant-appellant

NO. CAAP-14-0001107

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 23, 2017.

APPEAL FROM THE DISTRICT COURT OF THE FIFTH CIRCUIT (CASE NO. 5DCW-13-0000125)

SUMMARY DISPOSITION ORDER

Affirmed.